AO 450 (Rev. 5/85)

# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| CHRISTOPHER HARSHMAN,<br>　　　Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>*Commissioner of the Social*<br>*Security Administration,*<br>　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:10-CV-458-D** |

Decision by the Court:

　　　**IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Judgment on the Pleadings [29] is GRANTED, Defendant's Motion for Judgment on the Pleadings [D.E. 31] is DENIED, and the action is REMANDED to the Commissioner.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **October 18, 2011,** WITH A COPY TO:

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Christian M. Vainieri (via CM/ECF Notice of Electronic Filing)


October 18, 2011　　　　　　　　　　　　　DENNIS P. IAVARONE, Clerk
Date　　　　　　　　　　　　　　　　　　　Eastern District of North Carolina

　　　　　　　　　　　　　　　　　　　　　/s/Debby Sawyer
　　　　　　　　　　　　　　　　　　　　　(By) Deputy Clerk

Raleigh, North Carolina