AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| CHRISTOPHER HARSHMAN, )<br>   Plaintiff, )<br>)<br>v. )<br>) | **JUDGMENT IN A CIVIL CASE** |
| ) | |
| MICHAEL J. ASTRUE, )<br>*Commissioner of the Social* )<br>*Security Administration,* )<br>   Defendant. ) | **CASE NO. 5:10-CV-458-D** |

Decision by the Court:

  **IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Judgment on the Pleadings [29] is GRANTED, Defendant's Motion for Judgment on the Pleadings [D.E. 31] is DENIED, and the action is REMANDED to the Commissioner.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **October 18, 2011,** WITH A COPY TO:

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Christian M. Vainieri (via CM/ECF Notice of Electronic Filing)


October 18, 2011            DENNIS P. IAVARONE, Clerk
Date                  Eastern District of North Carolina

                    /s/Debby Sawyer
                    (By) Deputy Clerk

Raleigh, North Carolina

Page 1 of 1
Case 5:10-cv-00458-D Document 36 Filed 10/18/11 Page 1 of 1